MARK L. NATIONS, INTERIM COUNTY COUNSEL
By: Kathleen Rivera, Deputy (SBN 211606)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805
Attorneys for Defendants County of Kern,
and Carlos Sillas

JILL L. RYTHER
RYTHER LAW GROUP
8560 W. Sunset Blvd., Ste. 500
West Hollywood, CA  90069
Telephone 424-272-4706
Fax 310-773-9192
Attorneys for Plaintiff Bonnie Lee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE LEE, | Case No.: 1:15-CV-00068 JAM JLT |
| Plaintiff, | STIPULATION TO AUGMENT SCHEDULING ORDER |
| v. | |
| COUNTY OF KERN, a public entity; KERN COUNTY PROBATION DEPARTMENT, a public entity; and PROBATION OFFICER CARLOS SILLAS, individually and in his official capacity, | |
| Defendants. | |

TO THE HONORABLE COURT:

This stipulation is entered into by and between the plaintiff and the defendants, by and through their respective counsel.

1. Pursuant to the Court's Scheduling Order (DOC 36), the parties have completed written disclosures and propounded and responded to written discovery. The parties have taken depositions.

1

Stipulation to Augment the Scheduling Order, 1:15-CV-00068 JAM JLT

2. The deadline to complete expert witness disclosures is January 13, 2017.

3. Despite the diligence of all counsel, the parties' respective experts will not be able to complete their expert disclosures by January 13, 2017.

4. It would be in the best interest of the parties and judicial council if the scheduling order is modified slightly to enable the parties additional time to complete expert disclosure.

5. At this time, the parties do not wish to augment the scheduling order with regard to any other matters other than expert disclosure.

6. This is the parties' first request to augment the scheduling order.

7. Based on the foregoing, the parties seek leave to augment the scheduling order as follows:

Expert Disclosure:                    From January 13, 2017 to January 31, 2017

Supplemental Expert Disclosure:  From January 20, 2017 to February 7, 2017

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to approval by this Court, that the Scheduling Order be augmented as set forth above.

Dated: December 19, 2016          MARK L. NATIONS, INTERIM COUNTY COUNSEL

                                  By: /s/ Kathleen Rivera
                                      Kathleen Rivera, Deputy
                                      Attorney for Defendants
                                      County of Kern and Carlos Sillas

Dated: December 19, 2016          LAW OFFICE OF JILL L. RYTHER

                                  By: /s/ Jill L. Ryther
                                      Jill L. Ryther
                                      Attorney for Plaintiff Bonnie Lee

(Proposed Order to follow on next page)

**ORDER**

PER STIPULATION OF COUNSEL, IT IS HEREBY ORDERED that the Scheduling Order be Augmented as follows:

    Expert Disclosure:                           January 31, 2017

    Supplemental Expert Disclosure:       February 7, 2017

DATED: 12/20/2016                /s/ John A. Mendez
                                            United States District Court Judge