1  JILL L. RYTHER
   RYTHER LAW GROUP
2  8560 W. Sunset Blvd., Ste. 500
   West Hollywood, CA  90069
3  Telephone 424-272-4706
   Fax 310-773-9192
4  Attorneys for Plaintiff Bonnie Lee

5
   MARK L. NATIONS, INTERIM COUNTY COUNSEL
6  By: Kathleen Rivera, Deputy (SBN 211606)
   Kern County Administrative Center
7  1115 Truxtun Avenue, Fourth Floor
   Bakersfield, CA 93301
8  Telephone 661-868-3800
   Fax 661-868-3805
9  Attorneys for Defendants County of Kern,
   and Carlos Sillas

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE LEE, | Case No.: 1:15-CV-00068 JAM JLT |
| Plaintiff, | STIPULATION TO DISMISS THE ENTIRE ACTION |
| v. | |
| COUNTY OF KERN, a public entity; KERN COUNTY PROBATION DEPARTMENT, a public entity; and PROBATION OFFICER CARLOS SILLAS, individually and in his official capacity, | |
| Defendants. | |

TO THE HONORABLE COURT:

This stipulation is entered into by and between the plaintiff and the defendants, by and through their respective counsel.

1. The parties have previously provided notice to this Honorable Court that this case has settled. Having now finalized the settlement agreement, the parties would like to request that this case be dismissed in its entirety.

1

STIPULATION TO DISMISS THE ACTION

1     NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to
2 approval by this Court, that this case be dismissed.

4 Dated: May 31, 2017            LAW OFFICE OF JILL L. RYTHER

6                                By: /s/ Jill L. Ryther
7                                    Jill L. Ryther
                                   Attorney for Plaintiff Bonnie Lee

11
12 Dated: May 31, 2017            MARK L. NATIONS, INTERIM COUNTY COUNSEL

13                                By: /s/ Kathleen Rivera
14                                  Kathleen Rivera, Deputy
                                 Attorney for Defendants
15                                  County of Kern and Carlos Sillas

27 (Proposed Order to follow on next page)

STIPULATION TO DISMISS THE ACTION

1 **ORDER**

2 PER STIPULATION OF COUNSEL, IT IS HEREBY ORDERED that this case
3 be dismissed in its entirety.

6 DATED: 6/6/2017         /s/ John A. Mendez
7                         Judge of the United States District Court

STIPULATION TO DISMISS THE ACTION